AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| RUSSELL JAMES PETERSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____ RUSSELL JAMES PETERSON _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business
40 U.S.C. § 5104(e)(2)(D)- Disruptive Conduct in the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: _____02/09/2021_____

2021.02.09
21:03:31 -05'00'

_____
_Issuing officer's signature_

City and state:     _____Washington, D.C._____          _____Zia M. Faruqui, U.S. Magistrate Judge_____
_Printed name and title_

| Return | | |
|---|---|---|
| This warrant was received on _(date)_ 2-12-2021 , and the person was arrested on _(date)_ 2-12-2021 | | |
| at _(city and state)_ Rochester, PA . | | |
| Date: 2-15-2021 | _Arresting officer's signature_ | |
| | FBI SA GREGG FRANKHOUSER | |
| | _Printed name and title_ | |