November 16, 2021

Dear Honorable Judge Jackson,

I am writing you today to express my absolute sincere apology about my participation on January 6th. My Attorney who has been absolutely wonderful has said I can have whomever I like write reference letters on behalf. And to be honest I have been too embarrassed and ashamed to involve anyone in my particular mess I've created for myself. So, I thought I would poor my heart out to you instead.

I have given up all social media since the day of the 6th. I don't believe they play a healthy roll in the things that transpired. I refuse to ever be involved with social media anymore, I feel as if it an unnecessary fuel to the fire that's burning in our nation. I came from San Diego, California to Pennsylvania for a better life California has become ramped with homelessness, drug use, high taxes and general cost of living. My wife and I knew we would never be able to afford our own home if we stayed there. We chose to head east where my mother had bought her first home 2 years earlier. They completely shut California down and there was so much Unemployment fraud in the state got so off track and so far behind on payments I didn't see any benefits for over 8 ½ months. And worse part was we had so many politicians hating each other that stimulus we're being held up because they didn't want one another getting credit for giving the people who really needed it some relief. I was one of those citizens your Honor, real people not just myself experienced this. It was shameful to play politics with the people across our nation who were suffering real hardship from this pandemic. That does not excuse my behavior or conduct but I wanted to let you know where my head and heart was on the day of 6th. I just wanted to peacefully express my grievances and distaste for how senior leaders were behaving. I personally only had good interactions with law enforcement that day I thanked them for there service and had many good conversations and interactions with them, I love our police I fly a thin blue line flag outside of our home. I am a true blue Independent I vote for who I feel is best for our nation and not anyone party. I believe when we vote for only our party, we are doing a disservice to the spirit of our Nation. George Washington did not want to run for president twice. But he saw the two factions of the Democratic Republicans and Federalist bickering so much that he was afraid the two factions would destroy our nation and it's hard not to feel like both sides are doing that today. I was a special Education student that only excelled in History, Government, and athletics. America even with all her flaws is the closest thing we have to Heaven on earth, and I want to remind all of my brothers and sisters of this nation.  We are the leaders of the free world, and we should never compromise that because of politics.

I have never met my father or even know his name or my true last name and my mother was so wild and stuck in her addiction and I didn't see much of her as well, my Grandmother adopted me when I was 8 years old and when she passed on February 17th 2001 it would be the second time I had been through the foster care system and I managed to become emancipated by the state at 16 years old I can't even put into words what I had to go through to gain that freedom of emancipation. Even with all I have gone through God has loved me all the way through it. I don't know why? But he has. And if he loves me this much, I know he loves this country much more. I love this country and all who dwell with in it. Even if they don't love me. I have overcome abuse, addiction and learning disabilities and even though I would have liked to have a better start to life I wouldn't change it because all of this has brought me full circle with more room to grow and learn. I have learned my lesson your Honor and I except full responsibility for my actions your Honor and I want to bear my cross I humbly except my fate no matter the

consequences and outcome. I wish we were meeting in better circumstances I never meant any harm to an already inflamed situation. Thank you for taking the time to read this and getting to know me. God Bless you and all of yours.

With my sincerest apology,

/s/

Russell James Peterson