November 19, 2021

Dear Honorable Judge Jackson,

My name is Elizabeth Peterson, and I am the wife to Russell Peterson. I come before you today to just say that my husband is a good man. His actions on January 6 do not depict the man he really is. He got caught up in the momentum of the moment and made a poor choice. In the months since I have seen changes in my husband, he has jumped headfirst into his relationship with God which has changed his heart for the better. My husband has also been of service at church as he volunteered during vacation bible school to help with the kids. He's the kind of person to put all others above his own needs and it's a rare thing to see. He and I have had so many of first times together and what I mean is we have literally grown together spiritually, our first new vehicle, appliances, furniture.  The everyday Things most people take for granted. He dreams of missionary work and building churches where people don't always have the luxury of freedom of religion, I remind him how dangerous those things are and he doesn't care, his attitude is if one soul can be saved it's worth whatever price must be paid. He truly believes God holds self-sacrifice in the service of others in highest of favors. I know whatever comes of this will have made truly the better because of it. He is very sorry and remorseful of that dreadful day and is at the focus of his prayers whenever we break bread. Thank you for your time and consideration.

Very respectfully,

/s/

Elizabeth Peterson

lizpeterson2015@gmail.com

Honorable Judge Amy Jackson-

    I first met Russell Peterson approximately 12 years ago when, in a time of my own great struggles, he eagerly accompanied my best friend and his now wife on a 12-hour round-trip journey to rescue me from a difficult situation in the high desert of California. This is how I have come to understand Russell; always willing and eager to help his fellow human no matter the situation or sacrifice. Russell is the first to volunteer to help a friend, or even a stranger, move households, to help pay a bill one may not be able to afford or to mow the lawn of an elderly neighbor; whatever the need Russell is happy to help. Russell, like many of us, has faced hardships and overcome such struggles such as addiction, homelessness and grief and loss and come out the other side with inspiring perseverance and resolve. Having shared a residence with him for nearly a year, I came to expect that even under great stress and pressure, Russell always has a smile to share, an ear to lend and a message of the greater good. Russell employs a strength of moral and generous character and demonstrates an old-fashioned gentlemanly nature that has grown increasingly rare over the years, and I consider myself lucky to call him my friend.

Patricia Jensen
315 S. 36th St.
San Diego, CA 92113
619-490-3746

Honorable Judge Jackson

My name is Vance White and I have had the pleasure of knowing Russell Peterson for about 6 years. We meet through his mother's former boyfriend, and we have been close friends ever since. I was diagnosed with Multiple sclerosis back in 2015 and my diagnoses and wife's infidelity ultimately lead to my departure of California to Pennsylvania where Russell's mother and her now ex-boyfriend has recently bought her home. Russell's wife Elizabeth is my paid caregiver and Russell is technically also my unpaid caregiver he helps with the things like going down and upstairs of the basement to shower, my legs are in such bad shape I wouldn't be able to do it without him and I am just to heavy for his wife to be able to handle that task. Russell being formally a professional Cook helps prepare incredible meals daily and keeps me motivated for church on Sunday's. Overall, I have known him to be an upmost positive person who has a no quit attitude, It's quite infectious most of the time. I personally believe I have seen change in him that's for the best. He's very remorseful and often confides in me in his personal feelings about the situation at hand. He's a good person who made a mistake and wants nothing more than to atone for that mistake, he's a kid of honor and integrity with a love of country you only usually see with people who have served, and I formally served in the U.S. Army. He's a good friend and I know he will rise from this situation much better because of it.

Best Regards,

/s/

Vance White

11/16/2021