# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-00309 (ABJ) |
| : | |
| RUSSELL JAMES PETERSON, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to the Government's Sentencing Memorandum (ECF No. 27). The government uploaded these exhibits to USAfx on November 23, 2021 and November 24, 2021. The exhibits are as follows:

1. Exhibit A is a video clip of body-worn camera footage from a Metropolitan Police Officer that was captured on January 6, 2021. The clip is two minutes and 39 seconds in length and begins at 1:59 p.m.

2. Exhibit B is a video clip of body-worn camera footage from a Metropolitan Police Officer that was captured on January 6, 2021. The clip is two minutes and six seconds in length and begins at 2:00 p.m.

3. Exhibit C is a video clip of body-worn camera footage from a Metropolitan Police Officer that was captured on January 6, 2021. The clip is two minutes and 58 seconds in length and begins at approximately 1:59 p.m.

4. Exhibit D is a video clip captured by an unknown source on January 6, 2021. It is 40 seconds in length.

5. Exhibit E is a video that defendant Russell Peterson recorded on January 6, 2021 in

the Crypt of the U.S. Capitol and live-streamed to Facebook. It is 39 seconds in length.

6. Exhibit F is a video that defendant Russell Peterson recorded on January 6, 2021 near the Visitor's Center inside the U.S. Capitol and live-streamed to Facebook. It is 36 seconds in length.

                              Respectfully submitted,

                              Matthew M. Graves
                              United States Attorney

By:   *s/Amanda Jawad*
       Amanda Jawad
       NY Bar No. 5141155
       Assistant United States Attorney
       District of Columbia Detailee
       211 W. Fort Street
       Detroit, MI 48226
       (313) 226-9116
       Amanda.Jawad@usdoj.gov

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on November 24, 2021

*s/Amanda Jawad*
Amanda Jawad
Assistant United States Attorney